UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

JUDICIAL COUNCIL

| | | |
|---|---|---|
| In the Matter of the Recall Appointment | * | |
| of Honorable J. Craig Whitley, | * | |
| United States Bankruptcy Judge for the | * | No. 484 |
| Western District of North Carolina | | |

**O R D E R**

WHEREAS it has been determined by the Judicial Council that the services of a retired bankruptcy judge are needed for the Fourth Circuit, and

WHEREAS Hon. J. Craig Whitley will retire from service effective June 26, 2024, and has consented to serve as a recalled bankruptcy judge pursuant to the regulations promulgated by the Judicial Conference of the United States,

IT IS ORDERED pursuant to 28 U.S.C. § 155(b) that J. Craig Whitley is recalled into service as a United States Bankruptcy Judge to serve in the Western District of North Carolina at Charlotte for a term effective June 27, 2024, not to exceed June 27, 2025, or until Judge Whitley's successor takes the oath of office as a bankruptcy judge, whichever occurs sooner, with no request for staff.

IT IS FURTHER ORDERED THAT the Honorable J. Craig Whitley shall receive, in addition to any annuity he is entitled to under the applicable provisions of 28 U.S.C. § 377 or section 2(c) of Pub. L. 100-659 (excluding any offset under 5 U.S.C. § 8440b(b)(8)), an amount equal to the difference between that annuity and the current salary of a full-time bankruptcy judge.

FOR THE COUNCIL:

_____
Albert Diaz
Chief Judge

Date: June 10, 2024